Susan M. CROUCH, Appellant,

v.

Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.

No. 05–2132.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 1, 2006.

Decided: Aug. 8, 2006.

Frederick S. Spencer, Mountain Home, AR, for Appellant.

Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, Tina M. Waddell, Dianne Mullins Pryor, Social Security Administration, Dallas, TX, for Appellee.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Susan M. Crouch appeals the district court's[1] decision upholding the Commissioner's denial of her application for disability insurance benefits and supplemental security income after a hearing before an administrative law judge, and after the Appeals Council denied review. Having reviewed the record, we find the Commis-

---

1. The Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

sioner's final decision is supported by substantial evidence on the record as a whole. *See Harris v. Barnhart*, 356 F.3d 926, 928 (8th Cir.2004) (standard of review).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.